[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10953

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TROY WILLIAMS, SR.,
a.k.a. Ty,
a.k.a. Unc,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

2                    Opinion of the Court                    24-10953

D.C. Docket No. 5:22-cr-00009-CAR-CHW-1

_____

Before ROSENBAUM, LUCK, and ABUDU, Circuit Judges.

PER CURIAM:

Amy Lee Copeland, appointed counsel for Troy Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.